# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00262(1)-ADA |
| | § | |
| (1) FAVIAN RODRIGUEZ-GONZALEZ | § | |

## ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 29, 2025, wherein the defendant (1) FAVIAN RODRIGUEZ-GONZALEZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) FAVIAN RODRIGUEZ-GONZALEZ to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (1) FAVIAN RODRIGUEZ-GONZALEZ's plea of guilty to Count One (1) is accepted.

     Signed this 13th day of November, 2025.

                                                  ALAN D ALBRIGHT
                                                 UNITED STATES DISTRICT JUDGE